1  **MORAN LAW**
   Michael F. Moran SB# 121665
2      mmoran@moranelderlaw.com
   Lisa Trinh Flint SB# 243468
3      lflint@moranelderlaw.com
   5 Hutton Centre Drive, Suite 1050
4  Santa Ana, CA 92707
   Telephone: (714) 549-0333
5  Facsimile:  (714) 549-0444

6  Attorneys for Plaintiff,
7  DEBRA ANN BLACKMON, in and through
   her Guardian ad Litem, Latasha Bracks
8

9           **UNITED STATES DISTRICT COURT**

10    **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

11

| | |
|---|---|
| DEBRA ANN BLACKMON, in and through her Guardian ad Litem, Latasha Bracks,<br><br>Plaintiff,<br><br>vs.<br><br>VERNON HEALTHCARE CENTER; VERNON HEALTHCARE CENTER, LLC dba VERNON HEALTHCARE CENTER; ROCKPORT ADMINISTRATIVE SERVICES, LLC; BRIUS MANAGEMENT CO.; SHLOMO RECHNITZ; and DOES 1 through 60, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-05608-DSF (JCx)<br>[*Assigned for All Purposes to Hon. Dale S. Fischer*]<br><br>**DECLARATION OF LISA TRINH FLINT, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date: August 16, 2021<br>Time: 1:30 p.m.<br>Dept.: 7D<br>Judge: Hon. Dale S. Fischer |

1

**DECLARATION OF LISA TRINH FLINT, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

## DECLARATION OF LISA TRINH FLINT, ESQ.

I, Lisa Trinh Flint, declare and state the following under penalty of perjury:

1. I am an attorney licensed to practice in all the Courts of the State of California. I am a partner at Moran Law, counsel of record for the Plaintiff, Debra Ann Blackmon, in and through her Guardian ad Litem, Latasha Bracks. I have personal knowledge of the facts set forth in this declaration, and if were called upon to do so, could and would competently testify thereto.

2. Filed concurrently herewith as Exhibit "A" is a true and correct conformed copy of Plaintiff's Complaint filed with the Los Angeles Superior Court, Case No. 21STCV18794 on May 19, 2021 and attached to Defendants' Notice of Removal, Docket No. 1, at pages 24-64.

I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct.

Executed this 26th day of July 2021, at Santa Ana, California.

_____
Lisa Trinh Flint

2
**DECLARATION OF LISA TRINH FLINT, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then be sent Electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any counsel of record indicated as non-registered participants.

DATED: July 26, 2021            MORAN LAW

_____
Lisa Trinh Flint
Attorneys for Plaintiff, DEBRA ANN
BLACKMON, in and through her
Guardian ad Litem, Latasha Bracks

***Attorneys for Defendants Vernon Healthcare Center, LLC, Rockport Administrative Services, LLC, and Brius Management Co.:***

David Zarmi, Esq.
davidzarmi@gmial.com
8950 W. Olympic Blvd., Ste. 533
Beverly Hills, CA 90211
Tel: (310) 841-6455

**CERTIFICATE OF SERVICE**